# Loss Mitigation Final Report

**Debtors:** Eileen Schmid  **Case No:** 16-23684 JAD
**Loan No:** ******0824  **Judge**: Judge Deller
**Debtor Attorney:** David Z. Valencik  **Ch:** 13

## Portal Information

The Creditor **was** Registered on the Portal at the time the LMO was issued
The Debtor uploaded a Complete Core LMP Package to the Portal on **12/20/2016**
The Creditor Acknowledged Receipt of Debtor's Uploaded Information on **12/29/2016**

## Requests For Loss Mitigation

**Requests for Loss Mitigaton:** 1

**Request 1**
The Request was filed on **12/02/2016** at docket no. **28**
The Creditor Name on the Request is **Specialized Loan Servicing, LLC**
The Creditor Name as registered on the Portal is **Specialized Loan Servicing, LLC**
Request denied or ordered to be re-filed? **No**
Loss Mitigation Order **was** filed
    Order filed on **12/19/2016** at docket no. **30**

## Deadlines

The Debtor did not miss any LMP deadlines

The Creditor did not miss any LMP deadlines

## Status Reports

**Status Reports Filed:** 1

**Status Report 1**
The Status Report was filed on **02/17/2017** at docket no. **34**

## Sua Sponte Deadline Extensions

**Sua Sponte Deadline Extensions Filed:** 0

## Deadline Extensions

**Deadline Extensions Filed:** 1

**Extension 1**
The request was made by way of **Separate Motion**
The request for extension was made by **David Z. Valencik** on behlaf of the **Debtor**
The request was filed on **11/11/2016** at docket no. **18**
Reason: enter loss mitigation program
**Judge Deller Granted** the extension request on **11/14/2016** at docket no. **19**
   Deadlines Extended:
      12/14/2016 - 30 days

## Requests to Terminate / Withdraw

**Requests to Terminate / Withdraw Filed:** 0

## Hearings / Status Conferences

**Hearings or Status Conferences Held:** 0

## Results

**Trial Loan Modification:**

There **was not** a Trial Loan Modification
An Interim Mortgage Modification Order **was not** issued

**Outcome:**

The outcome of the LMP was **Modification Denied**
Details and Terms: Ms. Schmid received a letter dated 03/06/17 from SLS stating SLS is unable to offer Ms. Schmid a retention offer at this time.

**I have reviewed the details set forth above. I, David Z. Valencik, am verifying, subject to perjury, the accuracy of the information set forth in this Loss Mitigation Final Report.**

David Z. Valencik
Attorney ID# 308361
Email Address: dvalencik@c-vlaw.com
428 Forbes Avenue, Suite 900, Pittsburgh, PA 15219-1621
412-232-0930
Attorney for: Eileen Schmid

Date Report Completed: 03/22/2017

© 2017 - www.dclmwp.com