Form 410

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Eileen N. Schmid**
Debtor(s)

Bankruptcy Case No.: 16–23684–JAD
Doc. No. 42
Chapter: 13
Docket No.: 43 – 42
Concil. Conf.: April 5, 2018 at 10:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **March 5, 2018,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **March 20, 2018,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **April 5, 2018** at **10:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: January 19, 2018

Jeffery A. Deller
United States Bankruptcy Judge

cm: All Creditors and Parties In Interest

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

> Ronda J. Winnecour, Trustee
> P.O. Box 84051
> Chicago, IL 60689−4002

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                                  Case No. 16-23684-JAD
Eileen N. Schmid                                                        Chapter 13
          Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0315-2          User: msch                  Page 1 of 2                  Date Rcvd: Jan 19, 2018
                              Form ID: 410                Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 21, 2018.
db             +Eileen N. Schmid,    200 Regina Street,    Pittsburgh, PA 15209-1534
cr             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
cr             +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,    Highlands Ranch, CO 80129-2386
cr             +THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONA,    14841 Dallas Parkway, Suite 30,
                 Dallas, TX 75254-7685
14298577       +Abrahamsen Ratchord, P.C.,    409 Lackawanna Ave.,    Scranton, PA 18503-2062
14298584      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court:   Home Depot,    Processing Center,    Des Moines, IA 50364)
14298579       +Capital One,    PO Box 71083,   Charlotte, NC 28272-1083
14298582       +Daniel Joseph Santucci, Esquire,    1 International Plaza, 5th Floor,
                 Philadelphia, PA 19113-1510
14298583        Figi's,    P.O. Box 770001,    Madison, WI 53707
14319902       +Figi's Companies Inc.,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,
                 Dallas, TX 75380-0849
14298585       +HSWA,    P.O. Box644391,    Pittsburgh, PA 15264-4391
14319936       +K. Jordan,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
14298586       +Katherine M. Wolf, Esquire,    Shapiro & DeNardo, LLC,    3600 Horizon Drive, Suite 150,
                 King of Prussia, PA 19406-4702
14298588       +Northwest Consumer Discount Co.,    4655 Route 8 Suite 121,    Allison Park, PA 15101-2249
14298589       +Penn Credt/Publishers Clearing House,    916 S. 14th St.,    P.O. Bo 988,
                 Harrisburg, PA 17108-0988
14298590       +Republic Waste,    73 Noblestown Road,    Carnegie, PA 15106-1668
14298591       +Specialized Loan Servicing,    Attn: Deanne Corbin,    8742 Lucent Blvd., Suite 300,
                 Hoghlands Ranch, CO 80129-2386
14753839       +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
14319901       +Stoneberry,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
14298592       +Stoneberry,    P.O. Box 2822,    Monroe, WI 53566-8022
14315191       +The Bnk of NY Mellon Trust Co.Trustee(See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/PDF: rmscedi@recoverycorp.com Jan 20 2018 02:39:53
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL 33131-1605
14298578       +E-mail/Text: notices@burt-law.com Jan 20 2018 02:32:28     Burton Neil & Associates,
                 1060 Andrew Dr., Suite 170,    West Chester, PA 19380-5600
14298580       +E-mail/Text: compliance@chaserec.com Jan 20 2018 02:32:28     Chase Receivables,
                 1247 Broadway,    Sonoma, CA 95476-7503
14298581       +E-mail/PDF: creditonebknotifications@resurgent.com Jan 20 2018 02:25:34     Credit One Bank,
                 P.O. Box 60500,    City of Industry, CA 91716-0500
14364152       +E-mail/Text: kburkley@bernsteinlaw.com Jan 20 2018 02:32:20     Duquesne Light Company,
                 c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
14355105        E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 20 2018 02:31:52     Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
14298587       +E-mail/Text: bankruptcydpt@mcmcg.com Jan 20 2018 02:31:30     Midland Credit Mgmt. Inc.,
                 P.O. Box 2121,    Warren, MI 48090-2121
14348978       +E-mail/Text: bankruptcydpt@mcmcg.com Jan 20 2018 02:31:30     Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
14364089        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 20 2018 03:02:09
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14299207        E-mail/PDF: rmscedi@recoverycorp.com Jan 20 2018 02:25:35
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
14390081       +E-mail/Text: philadelphia.bnc@ssa.gov Jan 20 2018 02:32:00     Social Security Administration,
                 Office of the General Counsel,    300 Spring Garden St, 6th Fl.,    Philadelphia, PA 19123-2924
                                                                                              TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              The Bank of New York Mellon Trust Company, Nationa
cr              The Bank of New York Mellon Trust Company, Nationa
                                                                                 TOTALS: 3, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0315-2          User: msch              Page 2 of 2             Date Rcvd: Jan 19, 2018
                              Form ID: 410            Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 19, 2018 at the address(es) listed below:
              Alexandra Teresa Garcia    on behalf of Creditor    The Bank of New York Mellon Trust Company,
               National Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase
               Bank, as Trustee for Residential Asset Mortgage Products, In ecfmail@mwc-law.com
              Ann E. Swartz    on behalf of Creditor    The Bank of New York Mellon Trust Company, National
               Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, as
               Trustee for Residential Asset Mortgage Products, In ecfmail@mwc-law.com
              David Z. Valencik    on behalf of Debtor Eileen N. Schmid dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
               vlaw.com
              Donald R. Calaiaro    on behalf of Debtor Eileen N. Schmid dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
               vlaw.com
              James  Warmbrodt    on behalf of Creditor    The Bank of New York Mellon Trust Company, National
               Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, as
               Trustee for Residential Asset Mortgage Products, In bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 9
```