# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) Case No. 16-23684 JAD |
| Eileen N. Schmid, | ) |
| **Debtor,** | ) Chapter 13 |
| Calaiaro Valencik, P.C., | ) |
| **Movant,** | ) Related Document No. 43 |
| vs. | ) |
| Ronda J. Winnecour, Chapter 13 Trustee, | ) |
| **Respondent.** | ) Document No. |

## STATUS REPORT

**AND NOW,** comes the Movant, CALAIARO VALENCIK and David Z. Valencik, and presents the following:

1. This case was filed on September 30, 2016, under Chapter 13 of the United States Bankruptcy Code.

2. Counsel for the Debtor has learned that the Debtor has passed away.

3. Counsel for the Debtor has attempted to contact the heirs of the Debtor, but has not had a response to his letters.

4. There are deadlines in this case and Counsel has no authority to request extensions of time or to file a motion to dismiss the case.

5. The Trustee filed a certificate of default on January 19, 2018. Responses are due by March 5, 2018.

6. The Court has scheduled a conciliation conference for April 5, 2018.

                                                                                     **Respectfully submitted,**

**Dated:** March 5, 2018　　　　　　　　　　**BY:**　　/s/ Donald R. Calaiaro
　　　　　　　　　　　　　　　　　　　　　　　　**Donald R. Calaiaro, Esquire, PA I.D. #27538**
　　　　　　　　　　　　　　　　　　　　　　　　**dcalaiaro@c-vlaw.com**

　　　　　　　　　　　　　　　　　　　　　　　　**BY:**　　/s/ David Z. Valencik
　　　　　　　　　　　　　　　　　　　　　　　　**David Z. Valencik, Esquire,   PA I.D. #308361**
　　　　　　　　　　　　　　　　　　　　　　　　**dvalencik@c-vlaw.com**

　　　　　　　　　　　　　　　　　　　　　　　　**BY:**　　/s/ Michael Kaminski
　　　　　　　　　　　　　　　　　　　　　　　　**Michael Kaminski, Esquire,   PA I.D. 53493**
　　　　　　　　　　　　　　　　　　　　　　　　**mkaminski@c-vlaw.com**
　　　　　　　　　　　　　　　　　　　　　　　　**CALAIARO VALENCIK**
　　　　　　　　　　　　　　　　　　　　　　　　**428 Forbes Avenue, Suite 900**
　　　　　　　　　　　　　　　　　　　　　　　　**Pittsburgh, PA  15219-1621**
　　　　　　　　　　　　　　　　　　　　　　　　**(412) 232-0930**