# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

| | |
|---|---|
| **Debtor:** | EILEEN N. SCHMID |
| **Case Number:** | 16-23684-JAD    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, APRIL 05, 2018 10:00 AM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
4/9/18 8:22 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### Matter:

#42 - Trustee's Certificate of Default to Dismiss
+ Status Report filed 3/5/2018. According to Counsel, Debtor is deceased.
R / M #:   42 / 0

### Appearances:

Debtor: Kaminsky
Trustee: Winnecour / Pail / Katz / (DeSimone)
Creditor:

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
Objections are due on or before _____.
A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. ✓ Other:

Pursuant to Status Report entered 3-5-18 at doc #45, Debtor has passed away.

Per Status Report, there has been no response to Counsel's efforts to contact heirs.

Trustee requests dismissal on basis that it does not appear that case is to be prosecuted.

3/29/2018   3:07:17PM