**Form 309**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Eileen N. Schmid** | : | Case No. 16−23684−JAD |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |
| | : | Issued Per Apr. 5, 2018 Proceeding |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND
## TERMINATING WAGE ATTACHMENT

     *AND NOW,* this *The 9th of April, 2018,* after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby ***ORDERED, ADJUDGED and DECREED*** as follows:

     (1)   The above−captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

     (2)   Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

     (3)   The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

     (4)   The Clerk shall give notice to all creditors of this dismissal.

                                                            <u>Jeffery A. Deller</u>
                                                            United States Bankruptcy Judge

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 16-23684-JAD
Eileen N. Schmid                                                        Chapter 13
      Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0315-2         User: jhel              Page 1 of 2              Date Rcvd: Apr 09, 2018
                             Form ID: 309            Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2018.
```
db              #+Eileen N. Schmid,    200 Regina Street,    Pittsburgh, PA 15209-1534
aty              Calaiaro Valencik,    428 Forbes Avenue, Suite 900,    Pittsburgh, PA  15219-1621
cr              +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                  Pittsburgh, PA 15233-1828
cr              +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,    Highlands Ranch, CO 80129-2386
cr              +THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONA,    14841 Dallas Parkway, Suite 30,
                  Dallas, TX 75254-7685
cr              +U.S. Bank National Association, not in its individ,    Shellpoint Mortgage Servicing,
                  P.O. Box 10826,    Greenville,, SC 29603-0826
14298577        +Abrahamsen Ratchord, P.C.,    409 Lackawanna Ave.,    Scranton, PA 18503-2062
14298584       ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court: Home Depot,    Processing Center,    Des Moines, IA 50364)
14298582        +Daniel Joseph Santucci, Esquire,    1 International Plaza, 5th Floor,
                  Philadelphia, PA 19113-1510
14298583         Figi's,    P.O. Box 770001,    Madison, WI 53707
14319902        +Figi's Companies Inc.,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,
                  Dallas, TX 75380-0849
14298585        +HSWA,    P.O. Box644391,    Pittsburgh, PA 15264-4391
14319936        +K. Jordan,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
14298586        +Katherine M. Wolf, Esquire,    Shapiro & DeNardo, LLC,    3600 Horizon Drive, Suite 150,
                  King of Prussia, PA 19406-4702
14298588        +Northwest Consumer Discount Co.,    4655 Route 8 Suite 121,    Allison Park, PA 15101-2249
14298589        +Penn Credt/Publishers Clearing House,    916 S. 14th St.,    P.O. Bo 988,
                  Harrisburg, PA 17108-0988
14298590        +Republic Waste,    73 Noblestown Road,    Carnegie, PA 15106-1668
14298591        +Specialized Loan Servicing,    Attn: Deanne Corbin,    8742 Lucent Blvd., Suite 300,
                  Hoghlands Ranch, CO 80129-2386
14753839        +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                  Highlands Ranch, Colorado 80129-2386
14298592        +Stoneberry,    P.O. Box 2822,    Monroe, WI 53566-8022
14319901        +Stoneberry,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
14315191        +The Bnk of NY Mellon Trust Co.Trustee(See 410),    c/o Specialized Loan Servicing LLC,
                  8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
14799626         U.S. Bank National Association,    Shellpoint Mortgage Servicing,    P.O. Box 10826,
                  Greenville, SC 29603-0826
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr               EDI: RECOVERYCORP.COM Apr 10 2018 05:38:00     Recovery Management Systems Corporation,
                  25 S.E. Second Avenue,    Suite 1120,    Miami, FL  33131-1605
14298578        +E-mail/Text: notices@burt-law.com Apr 10 2018 01:48:17      Burton Neil & Associates,
                  1060 Andrew Dr., Suite 170,    West Chester, PA 19380-5600
14298579        +EDI: CAPITALONE.COM Apr 10 2018 05:38:00      Capital One,    PO Box 71083,
                  Charlotte, NC 28272-1083
14298580        +E-mail/Text: compliance@chaserec.com Apr 10 2018 01:48:14      Chase Receivables,
                  1247 Broadway,    Sonoma, CA 95476-7503
14298581        +EDI: RCSFNBMARIN.COM Apr 10 2018 05:38:00      Credit One Bank,    P.O. Box 60500,
                  City of Industry, CA 91716-0500
14364152        +E-mail/Text: kburkley@bernsteinlaw.com Apr 10 2018 01:48:10      Duquesne Light Company,
                  c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                  Pittsburgh, PA 15219-1945
14355105         EDI: JEFFERSONCAP.COM Apr 10 2018 05:38:00     Jefferson Capital Systems LLC,    Po Box 7999,
                  Saint Cloud Mn 56302-9617
14298587        +EDI: MID8.COM Apr 10 2018 05:38:00      Midland Credit Mgmt. Inc.,    P.O. Box 2121,
                  Warren, MI 48090-2121
14348978        +EDI: MID8.COM Apr 10 2018 05:38:00      Midland Funding LLC,    PO Box 2011,
                  Warren, MI 48090-2011
14364089         EDI: PRA.COM Apr 10 2018 05:38:00     Portfolio Recovery Associates, LLC,    POB 12914,
                  Norfolk VA 23541
14299207         EDI: RECOVERYCORP.COM Apr 10 2018 05:38:00     Recovery Management Systems Corporation,
                  25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
14390081        +E-mail/Text: philadelphia.bnc@ssa.gov Apr 10 2018 01:47:58      Social Security Administration,
                  Office of the General Counsel,    300 Spring Garden St, 6th Fl.,    Philadelphia, PA 19123-2924
                                                                                              TOTAL: 12
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              The Bank of New York Mellon Trust Company, Nationa
cr              The Bank of New York Mellon Trust Company, Nationa
                                                                                 TOTALS: 3, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-2          User: jhel              Page 2 of 2           Date Rcvd: Apr 09, 2018
                              Form ID: 309            Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 9, 2018 at the address(es) listed below:

```
          Alexandra Teresa Garcia    on behalf of Creditor   The Bank of New York Mellon Trust Company,
           National Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase
           Bank, as Trustee for Residential Asset Mortgage Products, In ecfmail@mwc-law.com
          Ann E. Swartz    on behalf of Creditor   The Bank of New York Mellon Trust Company, National
           Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, as
           Trustee for Residential Asset Mortgage Products, In ecfmail@mwc-law.com
          David Z. Valencik    on behalf of Attorney   Calaiaro Valencik dvalencik@c-vlaw.com,
           cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
           vlaw.com
          David Z. Valencik    on behalf of Debtor Eileen N. Schmid dvalencik@c-vlaw.com,
           cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
           vlaw.com
          Donald R. Calaiaro    on behalf of Debtor Eileen N. Schmid dcalaiaro@c-vlaw.com,
           cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
           vlaw.com
          James Warmbrodt    on behalf of Creditor   The Bank of New York Mellon Trust Company, National
           Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, as
           Trustee for Residential Asset Mortgage Products, In bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                              TOTAL: 10
```