**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> EILEEN N. SCHMID <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Movant <br> vs. <br> No Repondents. | Case No.:16-23684 JAD <br><br> Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 09/30/2016 and confirmed on 11/18/2016 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 14,920.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 14,920.00 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 2,204.96 | |
| Trustee Fee | 647.66 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 2,852.62 |

| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| US BANK NA - TRUSTEE NRZ PASS-THRU <br> Acct: 4764 | 0.00 | 12,067.38 | 0.00 | 12,067.38 |
| US BANK NA - TRUSTEE NRZ PASS-THRU <br> Acct: 4764 | 0.00 | 0.00 | 0.00 | 0.00 |
| US BANK NA - TRUSTEE NRZ PASS-THRU <br> Acct: 4764 | 24,793.89 | 0.00 | 0.00 | 0.00 |
| | | | | 12,067.38 |
| **Priority** | | | | |
| DONALD R. CALAIARO <br> Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| EILEEN N. SCHMID <br> Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| CALAIARO VALENCIK(*) <br> Acct: | 3,000.00 | 2,204.96 | 0.00 | 0.00 |
| CALAIARO VALENCIK(*) <br> Acct: | 1,000.00 | 0.00 | 0.00 | 0.00 |

*** N O N E ***

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|     DUQUESNE LIGHT COMPANY* | 74.97 | 0.00 | 0.00 | 0.00 |
|     Acct: 5786 | | | | |
|     PORTFOLIO RECOVERY ASSOCIATES, LLC | 2,413.89 | 0.00 | 0.00 | 0.00 |
|     Acct: 4342 | | | | |
|     FIGI'S COMPANIES INC | 102.97 | 0.00 | 0.00 | 0.00 |
|     Acct: 7D2M | | | | |
|     HOME DEPOT CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0525 | | | | |
|     HAMPTON SHALER WATER AUTHORITY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     MIDLAND FUNDING LLC | 784.80 | 0.00 | 0.00 | 0.00 |
|     Acct: 2600 | | | | |
|     NORTHWEST CONSUMER DISCOUNT CO** | 749.62 | 0.00 | 0.00 | 0.00 |
|     Acct: 4263 | | | | |
|     SYNCHRONY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXPRAE | | | | |
|     SHAPIRO & DENARDO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     PENN CREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6819 | | | | |
|     REPUBLIC SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     STONEBERRY | 282.49 | 0.00 | 0.00 | 0.00 |
|     Acct: 9C2G | | | | |
|     ABRAHAMSEN RATCHFORD | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     BURTON NEIL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     CHASE RECEIVABLES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     CREDIT ONE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     DANIEL JOSEPH SANTUCCI ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     ANN E SWARTZ ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     K JORDAN | 204.22 | 0.00 | 0.00 | 0.00 |
|     Acct: 9B2J | | | | |
|     PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     JEFFERSON CAPITAL SYSTEMS LLC* | 615.49 | 0.00 | 0.00 | 0.00 |
|     Acct: 5161 | | | | |
|     SOCIAL SECURITY ADMINISTRATION(*) | 15,364.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5786 | | | | |

* * * N O N E * * *

TOTAL PAID TO CREDITORS                                                                                                         12,067.38

```
TOTAL CLAIMED
  PRIORITY                 0.00
  SECURED             24,793.89
  UNSECURED           20.592.45
```

Date: 05/21/2018                                           /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com